## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Adam Candelaria,

       Plaintiff,

v.                                                          Case No. 1:21-cv-00957-JHR-SMV

Vroom Automotive, LLC d/b/a
Vroom.Com,

       Defendants.

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW NOTICE OF REMOVAL

       Defendant filed a Notice of Removal on September 29, 2021 (Document 1) premised on the Court's diversity Jurisdiction. Defendant has moved to withdraw the Notice.

       Upon Motion and Good Cause Appearing, it is therefore ORDERED and ADJUDGED that:

1. Defendant's Motion to Withdraw Notice of Removal (Document 3) is GRANTED;

2. All pending motions are hereby dismissed without prejudice as moot; and

3. This case is REMANDED to the Second Judicial District Court for the State of New Mexico, County of Bernalillo. The Clerk is also directed to forward a certified copy of this Order to that Court.

       DONE and ORDERED this __8th__ day of October, 2021

                                                           *[signature]*
                                                           Judge
                                                           United States District Court, District of New Mexico

**Submitted by**:

/s/*Louis W. Horowitz*
Louis W. Horowitz, F.B.N. 14-7
LORBER, GREENFIELD & POLITO, LLP
820 Second Street NW
Albuquerque, NM  87102
Telephone: (505) 307-4332
lhorowitz@lorberlaw.com
*Counsel for Defendant Vroom*
*Automotive, LLC d/b/a Vroom.com*

**Approved as to form**:

*approved electronically via email on 10/7/21*
Joshua Bradley
BRADLEY LAW
1306 Rio Grande Blvd. NW, Suite B
Albuquerque, NM 87104
T: (505) 585-4529
josh@BradleyLawNM.com
*Counsel for Plaintiff*